**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 04, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20984/0002811271

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jeffrey Scott Morgan and Danielle Morgan<br>        Debtors.<br>_____<br>National City Mortgage a division of National City Bank<br>        Movant,<br>vs.<br><br>Jeffrey Scott Morgan and Danielle Morgan, Debtors; David A. Birdsell, Trustee.<br><br>        Respondents. | No. 2:09-bk-19327-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 12) |

      This matter having come before the Court for a Preliminary Hearing on November 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, J. Murray Zeigler, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated October 17, 2003, and recorded on, in the office of the Maricopa County Recorder at Instrument No. 20031513451 wherein National City Mortgage a division of National City Bank is the current beneficiary and Jeffrey Scott Morgan and Danielle Morgan have an interest in, further described as:

    LOT 84, MARBELLA REPLAT, ACCORDING TO BOOK 542 OF MAPS, PAGE 18 RECORDS OF MARICOPA COUNTY, ARIZONA.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                        _____
                                        JUDGE OF THE U.S. BANKRUPTCY COURT