IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: November 8, 2011



*Randolph J. Haines*

**Randolph J. Haines, Bankruptcy Judge**
_____

UST-27C, 6/00

DAVID A. BIRDSELL
Chapter 7 Panel Trustee
BANKRUPTCY TRUSTEE, 216 N. CENTER
MESA, AZ 85201

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MORGAN, JEFFREY SCOTT | ) | Case No. 09-19327-PHX RJH |
| MORGAN, DANIELLE | ) | |
| | ) | ORDER APPROVING PAYMENT |
| | ) | OF ADMINISTRATIVE |
| Debtor(s). | ) | FEES AND EXPENSES |
| | ) | |

DAVID A. BIRDSELL, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| | | |
|---|---|---|
| Trustee Fees | $ | 1,152.05 |
| Trustee Expenses | $ | 139.52 |
| **TOTAL:** | $ | **1,291.57** |

DATE: _____

_____
RANDOLPH J. HAINES
UNITED STATES BANKRUPTCY JUDGE