**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for David A. Birdsell, Trustee

IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: March 28, 2013

*Randolph J. Haines*

**Randolph J. Haines, Chief Bankruptcy Judge**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JEFFREY SCOTT and DANIELLE MORGAN, | No. 2-09-bk-19327-RJH |
| Debtors. | **ORDER APPROVING *AMENDED* FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

This matter having come on for consideration upon the Second and Final Application for Payment of Attorneys' Fees and Costs filed by Lane & Nach, P.C., for services rendered in representing David A. Birdsell, Trustee, and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED approving the Application for fees of $8,183.50 and costs of $614.87, and authorizing the Trustee to pay Lane & Nach, P.C. fees in the amount of $6,716.50 and costs of $572.02, for services provided from December 28, 2009 through February 9, 2012, provided that payment will not prejudice claimants of equal or higher priority.

**DATED AND SIGNED ABOVE**

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004